## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**WILLIE J. HARRIS**                                                                      **PLAINTIFF**

**v.**                                                                      **No. 3:20CV79-NBB-JMV**

**MARSHAL TURNER, ET AL.**                                                                      **DEFENDANTS**

### ORDER GRANTING TCCF DEFENDANTS' MOTION [36] TO EXTEND
### THE DEADLINE TO SUBMIT WITNESS AND EXHIBIT LISTS

This matter comes before the court on the motion by the TCCF defendants to extend the deadline to file a witness and exhibit list. After considering the motion [36] , the court finds that it is well taken and is **GRANTED**. The new deadline for submitting a witness and exhibit list is thirty days from the date of this order.

In their motion, the TCCF defendants inquired whether the deadlines set forth in the Service and Scheduling Order regarding the MDOC defendants governed only the MDOC defendants or all parties. The court meant for the deadlines set forth in that order to apply to all parties, though the court understands the TCCF defendants' inquiry in this matter, given the fact that a separate order issued for the TCCF defendants to be served with process. Prisoner cases progress on an expedited schedule.

Nonetheless, the court is usually generous as to all parties with requests to extend deadlines in prisoner cases, which often involve difficulty in locating records, unusually slow mail service, odd procedural posture, and many vagaries that rarely plague other types of cases. In most instances, if any party finds difficulty meeting a deadline, the party may simply request an extension, as was the case here. They are routinely granted.

**SO ORDERED**, this, the 29th day of September, 2020.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE