IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**WILLIE J. HARRIS**                                                       **PLAINTIFF**

v.                             No. 3:20CV79-NBB-JMV

**MARSHAL TURNER, ET AL.**                          **DEFENDANTS**

**ORDER GRANTING PLAINTIFF'S MOTION [21]
FOR DISMISSAL OF DEFENDANTS
BARBARA SCOTT AND UNIT MANAGER TAYLOR**

This matter comes before the court on the motion [21] by the plaintiff for the dismissal of defendant Barbara Scott and Unit Manage Taylor. The instant motion [21] is well taken and is **GRANTED**. These two defendants are **DISMISSED** with prejudice from this case

**SO ORDERED**, this, the 5th day of October, 2020.

                                                               /s/ Neal Biggers
                                                               NEAL B. BIGGERS
                                                               SENIOR U. S. DISTRICT JUDGE