IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**WILLIE J. HARRIS**                                                                     **PLAINTIFF**

v.                                                             No. 3:20CV79-NBB-JMV

**MARSHAL TURNER, ET AL.**                                                    **DEFENDANTS**

**ORDER SEALING DOCUMENTS**

The defendants have moved [49], [54] to seal various exhibits regarding the plaintiff's medical record, as well as prison contracts and other sensitive information, and the court finds that the motion is well taken and is **GRANTED**. The Clerk of the Court is therefore **DIRECTED** to restrict access to these documents to parties only.

**SO ORDERED**, this, the 12th day of February, 2021.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE