IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**WILLIE J. HARRIS**                                                                **PLAINTIFF**

**v.**                                                        **No. 3:20CV79-NBB-JMV**

**MARSHAL TURNER, ET AL.**                                          **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the motions by the defendants for summary judgment are **GRANTED**, and the instant case is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

**SO ORDERED**, this, the 21st day of April, 2021.

                                                                       /s/ Neal Biggers
                                                                       NEAL B. BIGGERS
                                                                       SENIOR U. S. DISTRICT JUDGE